FILED
DEC 10  2 26 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AGNES CICHOCKI, ) | CIVIL ACTION NO.: |
| ) | 302CV942 (GLG) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BUCKLEY ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | December 9, 2003 |

## MOTION TO MODIFY SCHEDULING ORDER

The defendant, Buckley Associates, Inc., respectfully moves the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of the District Court of Connecticut, to modify the scheduling order by extending the time to file dispositive motions and to file the parties' joint trial memorandum as follows:

1. Dispositive motions, including motions for summary judgment and/or motions for judgment on the pleadings shall be filed on or before January 30, 2004; and

2. The joint trial memorandum shall be filed on or before February 20, 2004, or thirty days after a decision is rendered on any dispositive motion, whichever date is later.

The Scheduling Order was previously modified by consent wherein the time to file dispositive motions was established as on or before November 26, 2003, and the time to file the parties' joint trial memorandum was established as on or before December 19, 2003, or thirty days after a decision is rendered on any dispositive motion, whichever is later. The Court, Goettel, U.S.D.J., granted on consent the previous motion to Modify Scheduling Order on August 25, 2003.

The reason for the requested modification is because plaintiff's counsel experienced emergency family health matters which precluded completion of plaintiff's deposition until November 13, 2003 and Thomas Buckley's deposition until December 18, 2003. Due to the emergency situation, the parties voluntarily agreed to completion of the depositions as recited herein.

In light of the final deposition scheduled to be completed on December 18, 2003 and the likely receipt of the deposition transcript in late December, 2003 or early January, 2004, the defendant respectfully requests modification to modify the deadlines for dispositive motions and the joint trial memorandum.

Plaintiff's counsel, William G. Madsen, consents to the granting of this Motion.

                              THE DEFENDANT
                              BUCKLEY ASSOCIATES, INC.

By: _____
E. Timothy Sullivan, Jr.
Fed. Bar No.: CT02514
Gaffney Kane, P.C.
One Liberty Square
New Britain, Connecticut 06051
(860) 229-0301

## CERTIFICATION

This is to certify that on this 9th day of December, 2003, a copy of the forgoing Motion to Modify Scheduling Order was sent to the Honorable Gerard L. Goettel and a copy of the foregoing was served via first class U.S. Mail, postage prepaid to:

Mark A. Newcity, Esq.
Fitzhugh, Parker & Alvaro, LLP
One Constitution Plaza
Suite 900
Hartford, CT 02110

William Madsen, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

E. Timothy Sullivan, Jr.