**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
AGNES CICHOCKI,                     :
                                    :
        Plaintiff,                  :       <u>**ORDER**</u>
                                    :
    -against-                       :
                                    :       **3: 02 CV 942 (GLG)**
BUCKLEY ASSOCIATES, INC.,           :
                                    :
        Defendant.                  :
-----------------------------------X

    Defendant's Motion to Modify Scheduling Order [Doc. #18] is hereby **Granted.**

    The deadlines are as follows:

> Dispositive motions, including motions for summary judgment and/or motions for judgment on the pleadings shall be filed on or before **January 30, 2004;** and

> The joint trial memorandum shall be filed on or before **February 20, 2004,** or thirty days after a decision is rendered on any dispositive motion, whichever date is later.

    **SO ORDERED.**

**Dated:**     **December 15, 2003**
           **Waterbury, CT**                    /s/
                                           **Gerard L. Goettel**
                                             **U.S.D.J.**