UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AGNES CICHOCKI | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 3:02 CV942 (GLG) |
| V. | ) | |
| | ) | |
| BUCKLEY ASSOCIATES, INC. | ) | |
| | ) | |
| Defendant. | ) | JANUARY 27, 2004 |

### MOTION FOR EXTENSION OF TIME

The defendant, Buckley Associates, respectfully moves the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of the District Court of Connecticut for an extension of time to file dispositive motions from January 30, 2004, until five (5) days following a decision on the defendant's pending Motion to Suspend Scheduling Order and Refer to Magistrate Judge for Settlement Conference. The defendant requires this additional time so as to not incur additional expenses related to Summary Judgment.

This is the second Motion for Extension of Time related to dispositive motions and the joint trial memorandum.

All parties consent to the granting of this Motion.

RESPECTFULLY SUBMITTED,<br>
The defendant, Buckley Associates, Inc.

By: _____
E. Timothy Sullivan, Jr.
Fed. Bar No.: CT02514
Gaffney Kane, P.C.
One Liberty Square
New Britain, Connecticut 06051
(860) 229-0301

## CERTIFICATION

This is to certify that on this 27th day of January, 2004, a Chambers copy of the forgoing Motion for Extension of Time was sent to the Honorable Gerald L. Goettel and a copy of the forgoing was served via first class U.S. Mail, postage prepaid to:

William G. Madsen, Esq.
Madsen, Presley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mark A. Newcity, Esq.
Fitzhugh, Parker & Alvaro, LLP
One Constitution Plaza
Suite 900
Hartford, CT 02110

_____
E. Timothy Sullivan, Jr.

2