UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AGNES CICHOCKI, | CIVIL ACTION NO.: |
| Plaintiff, | 302CV942 (GLG) |
| v. | |
| BUCKLEY ASSOCIATES, INC., | |
| Defendant. | JANUARY 22, 2004 |

## MOTION TO SUSPEND SCHEDULING ORDER
## AND REFER TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

The defendant, Buckley Associates, Inc., respectfully moves the Court to suspend the scheduling order for the purpose of referring the matter to a Magistrate Judge for a Settlement Conference. In the event the matter is not resolved at the Settlement Conference, the parties shall immediately notify the Court and submit a revised Scheduling Order. The undersigned represents that the depositions are completed and following the last deposition, the parties agreed to suspension of the Scheduling Order and referral for a Settlement Conference. Accordingly, all parties consent to the granting of this motion.

THE DEFENDANT
BUCKLEY ASSOCIATES, INC.

By: _____
E. Timothy Sullivan, Jr.
Fed. Bar No.: CT02514
Gaffney Kane, P.C.
One Liberty Square
New Britain, Connecticut 06051
(860) 229-0301

## CERTIFICATION

This is to certify that on this 22nd day of January 2004, a copy of the forgoing Motion to Modify Scheduling Order was sent to the Honorable Gerard L. Goetel and a copy of the foregoing was served via first class U.S. Mail, postage prepaid to:

Mark A. Newcity, Esq.
Fitzhugh, Parker & Alvaro, LLP
One Constitution Plaza
Suite 900
Hartford, CT 02110

William Madsen, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

_____
E. Timothy Sullivan, Jr.