UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AGNES CICHOCKI | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 3:02 CV942 (GLG) |
| V. | ) | |
| | ) | |
| BUCKLEY ASSOCIATES, INC. | ) | |
| | ) | |
| Defendant. | ) | JANUARY 27, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendant, Buckley Associates, respectfully moves the Court pursuant to

Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of the

District Court of Connecticut for an extension of time to file dispositive motions from

January 30, 2004, until five (5) days following a decision on the defendant's pending

Motion to Suspend Scheduling Order and Refer to Magistrate Judge for Settlement

Conference. The defendant requires this additional time so as to not incur additional

expenses related to Summary Judgment.

This is the second Motion for Extension of Time related to dispositive motions

and the joint trial memorandum.

All parties consent to the granting of this Motion.

Motion GRANTED on consent

Gerard L. Goettel, USDJ

1/28/04

FILED 2 12 FEB '04