

1/30/04: Motion GRANTED on consent.

Gerard L. Goettel, USDJ

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AGNES CICHOCKI, ) | CIVIL ACTION NO.: |
| ) | 302CV942 (GLG) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BUCKLEY ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | JANUARY 22, 2004 |

### MOTION TO SUSPEND SCHEDULING ORDER
### AND REFER TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

The defendant, Buckley Associates, Inc., respectfully moves the Court to suspend the scheduling order for the purpose of referring the matter to a Magistrate Judge for a Settlement Conference. In the event the matter is not resolved at the Settlement Conference, the parties shall immediately notify the Court and submit a revised Scheduling Order. The undersigned represents that the depositions are completed and following the last deposition, the parties agreed to suspension of the Scheduling Order and referral for a Settlement Conference. Accordingly, all parties consent to the granting of this motion.

FILED FEB 2 2 12 PM '05
U.S. DISTRICT COURT
NEW HAVEN, CONN.