UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------X
AGNES CICHOCKI,                     :
    Plaintiff,                      :
        - against -                :  No. 3:02CV942(GLG)
BUCKLEY ASSOCIATES, INC.            :
    Defendant.                      :
------------------------------------X

FILED
Feb 2  2:32 PM '04
U.S. DISTRICT COURT

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending: (orefm.)

_x_ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf) _____

___ Other: (orefmisc./misc) _____

SO ORDERED this 30th day of January, 2004, at Waterbury, Connecticut.

                GERARD L. GOETTEL
                UNITED STATES DISTRICT JUDGE