UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 30, 2004         Held

10:00 a.m.

3 hours

CASE NO. **3:02cv942 (GLG)**    Cichocki vs. Buckley Associates, Inc.

William G. Madsen
Madsen & Prestley
44 Capitol Ave., 2nd Fl E.
Suite 201
Hartford, CT 06106


Mark A. Newcity
Fitzhugh, Parker & Alvaro
1 Constitution Plaza
Suite 900
Hartford, CT 06103


E. Timothy Sullivan Jr.
Gaffney, Kane, Reynolds, Sullivan & Voll
One Liberty Sq.
New Britain, CT 06051

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK