**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

```
------------------------------------X
AGNES CICHOCKI,                     :
                                    :
              Plaintiff,            :
                                    :   No. 3: 02 CV 942 (GLG)
        -against-                   :
                                    :
BUCKLEY ASSOCIATES, INC.,           :
                                    :
              Defendant.            :
------------------------------------X
```

**NOTICE TO COUNSEL**

The above-entitled case was reported to the Court to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, a judgment will be entered on **June 3, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Waterbury, Connecticut, **May 4, 2004.**

```
                    _____/s/_____
                    GERARD L. GOETTEL
                    SENIOR UNITED STATES DISTRICT JUDGE
```