UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AGNES CICHOCKI,<br>Plaintiff | : <br> : <br> : | CIVIL ACTION NUMBER <br><br> 3:02 CV 942 (GLG) |
| V. | : <br> : <br> : | |
| BUCKLEY ASSOCIATES, INC.,<br>Defendant | : <br> : | MAY 28, 2004 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules for this Court, the parties in the above action hereby stipulate to the voluntary dismissal of the entirety of the above-captioned action. Specifically, the parties voluntarily stipulate to the dismissal of all claims set forth in the above action. The parties further stipulate that said dismissal is with prejudice and is to occur without the imposition or award of fees or costs.

DEFENDANT                                   PLAINTIFF
BUCKLEY ASSOCIATES, INC.                    AGNES CICHOCKI

_____                   _____
Mark A. Newcity (ct 07991)                  William G. Madsen (ct 09853)

Fitzhugh, Parker, & Alvaro, LLP             Madsen, Prestley & Parenteau, LLC
One Constitution Plaza, Suite 900           44 Capitol Ave., Suite 201
Hartford, CT 02110                          Hartford, CT 06106

Tel: (860) 549-6803                         Tel: (860) 246-2466
Fax: (860) 728-0546                         Fax: (860) 246-1794

1

## CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing was mailed on the __23rd__ day of __July__, 2004 to all counsel of record, including:

Mr. E. Timothy Sullivan, Jr.
Gaffney Kane, P.C.
One Liberty Square
New Britain, CT 06051

                                                  Mark A. Newcity